UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTLEY JOHNSON,

        Plaintiff,                      Case No. 13-cv-11437

                                          HON. BERNARD A. FRIEDMAN
vs.                                   MAG. JUDGE LAURIE J. MICHELSON

DAVID PAYTON, et al.,

        Defendants.

_____/

**<u>MEMORANDUM OPINION AND ORDER</u>**

       This matter is before the Court on Magistrate Judge Laurie J. Michelson's Report and Recommendation ("R&R") dated April 10, 2013 [docket entry 10].  Neither party has filed any objections to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).[1]

       The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusion in recommending the denial of plaintiff's motion for a temporary restraining order [docket entry 4].  Accordingly,

       IT IS ORDERED that Magistrate Judge Laurie J. Michelson's R&R dated April 10, 2013, is hereby accepted and adopted.

---

[1] By letter dated April 10, 2013 [docket entry 11], plaintiff informed the Court that the Michigan Department of Corrections had transferred him to another correctional facility.  The Court has already twice attempted to serve plaintiff with a copy of the R&R at his new address, but to no avail [docket entries 13 and 14].

Johnson v. Payton (13-cv-11437)

IT IS FURTHER ORDERED that plaintiff's motion for a temporary restraining order is denied.

Dated: May 1, 2013                 S/Bernard A. Friedman_____
       Detroit, Michigan          BERNARD A. FRIEDMAN
                                   SENIOR UNITED STATES DISTRICT JUDGE